RECEIVED
JUL 29 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-CR00124-03 |
| VERSUS | JUDGE DEE D. DRELL |
| HENRY MICHAEL JEFFERSON | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

**PREMISES CONSIDERED,**

**IT IS HEREBY ORDERED** that the defendant's foregoing Motion to Waive Constitutional and Statutory Right to Speedy Trial be accepted and made a part of the record of this prosecution.

**IT IS FURTHER ORDERED** the trial of this prosecution may commence and be held outside and beyond the limits provided in the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 29 day of July, 2016.

HONORABLE DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT